USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _6/25/2026_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JHONA JUCA and VICOR ARTEAGA, individually
and on behalf of their minor child, *K.A.*,

Plaintiffs,

-against-

KAMAR H. SAMUELS and NEW YORK CITY
DEPARTMENT OF EDUCATION,

Defendants.

26-CV-01572 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

This is an action under, *inter alia*, the Individuals with Disabilities Act ("IDEA"), 20 U.S.C. §§ 1400, *et seq.*, seeking review of a State Review Officer's decision dated February 19, 2026.

It is hereby ORDERED that the parties promptly meet and confer and, on or before **July 28, 2026**, file a joint letter (1) briefly summarizing the nature of the dispute; (2) stating whether there is any need for discovery beyond the administrative record; and if there is no need for additional discovery, (3) proposing a joint briefing schedule for summary judgment motions. Absent exceptional circumstances, the deadline for any motions, cross motions, or counter motions for summary judgment should be the same for all parties.

If either party seeks discovery, then, in accordance with Rule II(A)(5) of the Individual Rules, the parties are hereby ORDERED to file on ECF a joint letter, as well as a proposed Civil Case Management Plan and Scheduling Order attached as an exhibit to the joint letter, no later than **July 28, 2026**. The parties shall use this Court's form proposed Civil Case Management Plan and Scheduling Order, which is also available at https://nysd.uscourts.gov/hon-margaret-m-garnett. In the event either party seeks discovery, the Court will conduct an Initial Pretrial Conference before adopting a discovery schedule.

If this case has been settled or otherwise terminated, counsel are not required to submit such a letter or to appear, provided that a stipulation of discontinuance, voluntary dismissal or other proof of termination is filed on the docket prior to the date of the conference, using the appropriate ECF Filing Event. *See* SDNY ECF Rules & Instructions §§ 13.17-13.19 & App'x A, *available at* https://www.nysd.uscourts.gov/electronic-case-filing.

In accordance with Rule I(B)(5) of the Individual Rules, requests for extensions or adjournments may be made only by letter-motion filed on ECF. Unless counsel are notified that the conference has been adjourned, it will be held as scheduled.

**Counsel who have entered a notice of appearance as of the issuance of this Order are directed (1) to notify counsel for all other parties in this action who have not yet appeared by serving upon each of them a copy of this Order and the Court's Individual Rules forthwith, and (2) to file proof of such notice with the Court.** If unaware of the identity of counsel for any of the parties, counsel receiving this Order must forthwith send a copy of this Order and the Individual Rules to that party personally.

Dated: June 25, 2026
      New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge

2